IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

EARNEST BEAMON                                                                           PLAINTIFF

VS.                                                              CIVIL ACTION NO. 3:07cv208TSL-JCS

MICHAEL J. ASTRUE, COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                                                   DEFENDANT

## JUDGMENT

Having fully reviewed the report and recommendation of the United States magistrate judge entered in this cause, and having adopted same as the opinion of this court, the court finds that the above captioned cause shall be remanded to the Commissioner for evaluation as set forth herein.

THEREFORE, IT IS ORDERED AND ADJUDGED that this case is remanded to the Commissioner.

SO ORDERED, this the 22nd day of December, 2009.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE